IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO T. MCCORD,    : | |
|     Plaintiff,    : | |
| : | |
| v.    : | CIVIL ACTION 16-00619-KD-C |
| : | |
| STANDARD FURNITURE, INC.,    : | |
|     Defendant.    : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 22, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Standard Furniture, Inc.'s motion to dismiss (Doc. 15) is: **GRANTED IN PART** as to Count II, Plaintiff's ADA claim, asserted in his Amended Complaint (Doc. 25-2), which is **DISMISSED WITH PREJUDICE**; and **DENIED IN PART** as to the remainder of the motion.

It is further **ORDERED** that Plaintiff's motion to amend the complaint (Doc. 25) is: **GRANTED IN PART** as to Counts I and III; and **DENIED IN PART** as to Count II.

**DONE** and **ORDERED** this the **7**th day of **April 2017.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**